IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, Plaintiffs, vs. FIELDHOUSE REFRIGERATION, LLC, an Indiana Limited Liability Company; and DALE FIELDHOUSE JR., an Individual; Defendants. | CIVIL ACTION<br><br>NO.: 09-CV-5836<br><br>JUDGE: NORGLE<br><br>MAGISTRATE JUDGE: COX |

## DEFAULT JUDGMENT ORDER

Default Judgment is hereby entered in favor of Plaintiffs and against Defendants FIELDHOUSE REFRIGERATION, LLC ("FIELDHOUSE REFRIGERATION") and DALE FIELDHOUSE JR. ("FIELDHOUSE JR.") as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendants FIELDHOUSE REFRIGERATION and FIELDHOUSE JR in the amount of $182,348.97;

2. Defendants FIELDHOUSE REFRIGERATION and FIELDHOUSE JR. are Ordered to submit Contribution Reports for the months of August and September of 2009 to

1



   Plaintiffs' attorneys within (5) days of being served with a copy of this Order.

3. Judgment is entered in favor of Plaintiffs and against Defendants FIELDHOUSE REFRIGERATION and FIELDHOUSE JR. jointly and severally, for all amounts found to be due and owing for the months of August and September of 2009, in addition to the amounts referenced above.

4. Judgment is entered in favor of Plaintiffs and against Defendants FIELDHOUSE REFRIGERATION and FIELDHOUSE JR., jointly and severally for all reasonable attorney's fees incurred by Plaintiffs pursuant to the terms of the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. 1132(g)(2)(D).

5. Plaintiffs shall motion for Final Judgment upon receipt of the outstanding Contribution Reports.

6. That Plaintiffs have such other relief and further relief as the Court may deem just and equitable all at Defendants' cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

            ORDERED BY:

            _____
            HONORABLE JUDGE NORGLE
            Dated: 10-30-09