IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, Plaintiffs, vs. FIELDHOUSE REFRIGERATION, LLC, an Indiana Limited Liability Company; and DALE FIELDHOUSE JR., an Individual; Defendants. | CIVIL ACTION<br><br>NO.: 09-CV-5836<br><br>JUDGE: NORGLE<br><br>MAGISTRATE JUDGE: COX |

**CITATION IN SUPPLEMENTAL PROCEEDINGS
TO DISCOVER ASSETS (THIRD PARTY)**

TO: First Financial Bank
2611 Highway Avenue
Highland, IN 46322

YOU ARE HEREBY SUMMONED to present a duly authorized person at the law offices of JOHNSON & KROL, LLC, 300 South Wacker Drive, Suite 1313, Chicago, IL 60606, on Wednesday, December 2, 2009 at 10:30 a.m., and then and there to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above named Fieldhouse Refrigeration, LLC and/or Dale Fieldhouse, Jr., and to abide by any further order of the Court. **In lieu of your personal appearance, you may produce the**

1


EXHIBIT 2

documents referenced below in advance of Monday, December 1, 2009.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Fieldhouse Refrigeration, LLC and/or Dale Fieldhouse, Jr., whether held individually or jointly, or to which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to it, until further order of the Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the Judgment.

You are further commanded to produce the following at said time and place, in reference to the above captioned matter:

- A current statement which reflects the amount of funds currently held in all personal and/or corporate accounts belonging to the Defendant[s] whether held individually or jointly;
- Signature cards to each account belonging to the Defendant[s], whether held individually or jointly;
- Documents which reflect the closure of accounts belonging to Defendant[s], including the date and reason that such accounts were closed;
- Documents which reflect any liens, levies, garnishments, and secured interests in accounts belonging to the Defendant[s] whether held individually or jointly;
- Documents evidencing mortgages or equitable interest in any real property of the Defendant[s] whether held individually or jointly; and
- Documents evidencing any loans of money to the Defendant[s], including the amounts paid and outstanding under the loans.

Judgment was entered in favor of Plaintiffs on October 30, 2009 in the aggregate sum of

$182,348.97, all of which remains unsatisfied. If you have any questions regarding this matter, please contact William P. Callinan at (312) 372-8587.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

MICHAEL W. DOBBINS
_____
CLERK OF THE COURT

J. Nuñez
_____
DEPUTY CLERK

Dated: NOV 1 2 2009