IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, <br><br>Plaintiffs, <br><br>vs. <br><br>FIELDHOUSE REFRIGERATION, LLC, an Indiana Limited Liability Company; and DALE FIELDHOUSE JR., an Individual; <br><br>Defendants. | CIVIL ACTION <br><br> NO.: 09-CV-5836 <br><br> JUDGE: NORGLE <br><br> MAGISTRATE JUDGE: COX |

## AFFIDAVIT OF SERVICE

The undersigned certifies that on November 12, 2009 at approximately 4:45 p.m., he served a copy of a Citation in Supplemental Proceeds to Discover Assets (Third Party) via facsimile at the number (219) 972-7337 and via U.S. Mail to the Citation Respondent, First Financial Bank, and that he served a copy of the Citation in Supplemental Proceeds to Discover Assets (Third Party) via U.S. Mail to the Judgment Debtors, Fieldhouse Refrigeration, LLC and Dale Fieldhouse Jr., at 8514 Northecote Ave., Munster, IN 46321.

Subscribed and sworn
before me this 9th day of
February, 2010

___Nancy Gonzalez___
Notary Public

Further, the affiant saith not.

___[signature]___
Attorney Jeffrey A. Krol

OFFICIAL SEAL
NANCY GONZALEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

EXHIBIT 3



## Search Prints

Date: Last 3 months ▼  From: 11/09/2009  To: 02/09/2010      Search: 🔍 first financial
                                            ⚙ Customize Display

Edit Cost Code   Return Label   Clear Search

| | Info | Print Date | Cost | Recipient | Status | Tracking #/ Insurance ID |
|---|---|---|---|---|---|---|
| ☐ | ⓘ | 11/12/2009 | $0.44 | First Financial Bank, 2611 Highway Ave, Highland IN 46322-1614 | Printed | |

Check All | Uncheck All



# Johnson & Krol, LLC

300 South Wacker Dr.
Suite 1313
Chicago, Illinois 60606
(312) 372-8587
Fax: (312) 255-0449

| | |
|---|---|
| To: | First Financial Bank |
| Fax Number: | 219-972-7337 |
| From: | Jeffery Krol |
| Date: | 11/12/09 |
| Subject: | Citation to Discover Assets |
| Number of Pages Total: | 4 |

This message is intended for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

If you do not receive all pages noted, please call us at 312-372-8587.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, Plaintiffs, vs. FIELDHOUSE REFRIGERATION, LLC, an Indiana Limited Liability Company; and DALE FIELDHOUSE JR., an Individual; Defendants. | CIVIL ACTION<br><br>NO.: 09-CV-5836<br><br>JUDGE: NORGLE<br><br>MAGISTRATE JUDGE: COX |

## CITATION IN SUPPLEMENTAL PROCEEDINGS TO DISCOVER ASSETS (THIRD PARTY)

TO:  First Financial Bank
     2611 Highway Avenue
     Highland, IN 46322

YOU ARE HEREBY SUMMONED to present a duly authorized person at the law offices of JOHNSON & KROL, LLC, 300 South Wacker Drive, Suite 1313, Chicago, IL 60606, on Wednesday, December 2, 2009 at 10:30 a.m., and then and there to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above named Fieldhouse Refrigeration, LLC and/or Dale Fieldhouse, Jr., and to abide by any further order of the Court. In lieu of your personal appearance, you may produce the

1

documents referenced below in advance of Monday, December 1, 2009.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Fieldhouse Refrigeration, LLC and/or Dale Fieldhouse, Jr., whether held individually or jointly, or to which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to it, until further order of the Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the Judgment.

You are further commanded to produce the following at said time and place, in reference to the above captioned matter:

- A current statement which reflects the amount of funds currently held in all personal and/or corporate accounts belonging to the Defendant[s] whether held individually or jointly;
- Signature cards to each account belonging to the Defendant[s], whether held individually or jointly;
- Documents which reflect the closure of accounts belonging to Defendant[s], including the date and reason that such accounts were closed;
- Documents which reflect any liens, levies, garnishments, and secured interests in accounts belonging to the Defendant[s] whether held individually or jointly;
- Documents evidencing mortgages or equitable interest in any real property of the Defendant[s] whether held individually or jointly; and
- Documents evidencing any loans of money to the Defendant[s], including the amounts paid and outstanding under the loans.

Judgment was entered in favor of Plaintiffs on October 30, 2009 in the aggregate sum of

$182,348.97, all of which remains unsatisfied. If you have any questions regarding this matter, please contact William P. Callinan at (312) 372-8587.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

MICHAEL W. DOBBINS
CLERK OF THE COURT

*(signature)*
DEPUTY CLERK

Dated: NOV 12 2009

3

# Send Result Report

MFP
KM-3060

Firmware Version  2H0_2F00.024.001  2008.12.02



Job No.      : 027136      Total Time   : 0°00'41"      Page     : 004

## Completed

Document :  Doc20091112164457

| No. | Date and Time | Destination | Times | Type | Result | Resolution / ECM |
|---|---|---|---|---|---|---|
| 001 | 11/12/2009 16:44 | Local 597 | -°--'--" | PC | OK | 300x300 / -- |
| 002 | 11/12/2009 16:45 | 12199727337 | 0°00'41" | FAX | OK | 200x200 Fine / On |