First Financial Bank, N.A.
300 High St
PO Box 476
Hamilton OH 45012-0476



first financial bank

Fieldhouse Refrigeration, LLC
9905 Express Dr Ste 2
Highland IN 46322-2667

November 30, 2009
Account Number

## SUMMARY OF YOUR ACCOUNT(S)

| Account | Account No. | Balance |
|---|---|---|
| Classic Business | | 1,879.14 |

## Classic Business

Fieldhouse Refrigeration, LLC 

### Account Recap

| | | |
|---|---|---|
| Beginning Balance | 11/02/09 | 42,888.30 |
| Deposits / Misc Credits | 7 | 11,785.06 |
| Withdrawals / Misc Debits | 23 | 52,789.22 |
| Ending Balance | 11/30/09 | 1,879.14 |
| Service Charge | | 5.00 |
| Interest Paid | | .00 |
| Number of Days for A.P.Y.E. | | 29 |
| Average Ledger | | 16,321.30 |
| Average Collected | | 15,934.46 |



EXHIBIT 4

Fieldhouse Refrigeration, LLC    476439

| | |
|---|---:|
| Overdraft Fees Assessed Current Period | .00 |
| Overdraft Fees Assessed Year to Date | 476.00 |
| Insufficient Funds Fees Assessed Current Period | .00 |
| Insufficient Funds Fees Assessed Year to Date | 476.00 |

## Transaction Detail

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| Nov 03 | NATL TRANSLINK  POS SETL 000180003050044 | 64.36 - | 42,823.94 |
| Nov 03 | IRS        USATAXPYMT 270970700511228 | 3,424.86 - | 39,399.08 |
| Nov 03 | IRS        USATAXPYMT 270970700514491 | 8,558.60 - | 30,840.48 |
| Nov 04 | Deposit | 982.69 | 31,823.17 |
| Nov 04 | IRS        USATAXPYMT 270970800019457 | 3,054.90 - | 28,768.27 |
| Nov 09 | NATL TRANSLINK  POS SETL 000180003050044 | 396.50 | 29,164.77 |
| Nov 12 | SYCOM      BUS PROD 00004346524400 | 299.13 - | 28,865.64 |
| Nov 12 | IRS        USATAXPYMT 270971600521305 | 2,816.12 - | 26,049.52 |
| Nov 16 | NATIONALTRANSLNK NTC CBPP | 14.95 - | 26,034.57 |
| Nov 16 | Check        13501 | 681.77 - | 25,352.80 |
| Nov 16 | Check        13504 | 21,000.00 - | 4,352.80 |
| Nov 17 | HITACHI CREDIT A INVOICE # 011-0046923-001 | 381.49 - | 3,971.31 |
| Nov 18 | Deposit | 474.00 | 4,445.31 |
| Nov 18 | IRS        USATAXPYMT 270972200792505 | 2,970.40 - | 1,474.91 |
| Nov 18 | Check        13507 | 742.92 - | 731.99 |
| Nov 19 | NATL TRANSLINK  POS SETL 000180003050044 | 873.10 | 1,605.09 |
| Nov 19 | Deposit | 8,505.44 | 10,110.53 |
| Nov 20 | Check        13510 | 700.26 - | 9,410.27 |
| Nov 20 | Check        13512 | 1,021.28 - | 8,388.99 |
| Nov 20 | Check        13505 | 356.37 - | 8,032.62 |
| Nov 20 | Check        13509 | 636.60 - | 7,396.02 |
| Nov 23 | Check        13516 | 1,457.78 - | 5,938.24 |
| Nov 24 | Check        13515 | 75.00 - | 5,863.24 |
| Nov 24 | Check        13517 | 56.85 - | 5,806.39 |
| Nov 25 | IRS        USATAXPYMT 270972900253074 | 2,436.64 - | 3,369.75 |
| Nov 25 | Check        13511 | 766.71 - | 2,603.04 |
| Nov 25 | Check        13513 | 893.27 - | 1,709.77 |
| Nov 27 | NATL TRANSLINK  POS SETL 000180003050044 | 53.33 | 1,763.10 |
| Nov 27 | Deposit | 500.00 | 2,263.10 |
| Nov 27 | Check        13506 | 378.96 - | 1,884.14 |
| Nov 30 | Service Charge | 5.00 - SC | 1,879.14 |

Fieldhouse Refrigeration, LLC    476439

## Check Summary

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 16 | 13501 | 681.77 | Nov 20 | 13509 * | 636.60 | Nov 24 | 13515 * | 75.00 |
| Nov 16 | 13504 * | 21,000.00 | Nov 20 | 13510 | 700.26 | Nov 23 | 13516 | 1,457.78 |
| Nov 20 | 13505 | 356.37 | Nov 25 | 13511 | 766.71 | Nov 24 | 13517 | 56.85 |
| Nov 27 | 13506 | 378.96 | Nov 20 | 13512 | 1,021.28 | | | |
| Nov 18 | 13507 | 742.92 | Nov 25 | 13513 | 893.27 | | | |

* Indicates skip in the check numbers

## Deposit Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Nov 04 | 982.69 | Nov 19 | 873.10 | Nov 27 | 500.00 |
| Nov 09 | 396.50 | Nov 19 | 8,505.44 | | |
| Nov 18 | 474.00 | Nov 27 | 53.33 | | |

## Other Debit Transaction Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Nov 03 | 64.36 | Nov 12 | 299.13 | Nov 18 | 2,970.40 |
| Nov 03 | 3,424.86 | Nov 12 | 2,816.12 | Nov 25 | 2,436.64 |
| Nov 03 | 8,558.60 | Nov 16 | 14.95 | Nov 30 | 5.00 |
| Nov 04 | 3,054.90 | Nov 17 | 381.49 | | |

Fieldhouse Refrigeration LLC   476439