IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, Plaintiffs, vs. FIELDHOUSE REFRIGERATION, LLC, an Indiana Limited Liability Company; and DALE FIELDHOUSE JR., an Individual; Defendants. | CIVIL ACTION<br><br>NO.: 09-CV-5836<br><br>JUDGE: NORGLE<br><br>MAGISTRATE JUDGE: COX |

## ORDER

This matter having come before the Court on Plaintiffs' Motion For Judgment Against Third-Party Citation Respondent First Financial Bank Pursuant to 735 Ill Comp. Stat. 5/2-1402(f)(2) and the Court having been fully advised in the premises,

**FINDS AS FOLLOWS:**

1. This court entered a Default Judgment against Fieldhouse Refrigeration, LLC and Dale Fieldhouse Jr, in the amount of $182,348.97 on October 30, 2009.

2. On November 12, 2009, a Citation in Supplemental Proceedings to Discover Assets was

1



certified by the Clerk of the Northern District of Illinois, Eastern Division.

3. On November 12, 2009, Plaintiffs' counsel faxed and mailed a Third Party Citation to Discover Assets to First Financial Bank ("First Financial"), as a potential asset holder of Fieldhouse Refrigeration, LLC and/or Dale Fieldhouse Jr.

4. Third-Party Citation Respondent First Financial did not place a restriction on account of Fieldhouse Refrigeration, LLC until December 17, 2009.

5. During the period of November 12, 2009, the date of service, through November 30, 2009, First Financial allowed approximately $35,571.25 in unauthorized transfers in violation of the Citation. Further amounts may be owed for December 1, through December 17, 2009.

6. First Financial violated the restraining provision of the Citation by allowing the withdrawal's by Fieldhouse Refrigeration, LLC and Dale Fieldhouse Jr. after service of the Citation on November 12, 2009.

7. Pursuant to 735 Ill. Comp. Stat. 5/2-1402(f)(2) First Financial is liable to Plaintiffs for the "value of the property transferred."

**IT IS HEREBY ORDERED:**

1. Within ten (10) days of the being served with a copy of this Order, third party Citation Respondent First Financial shall provide an accounting of all funds transferred after November 12, 2009, to Plaintiffs' Attorneys c/o William P. Callinan at the following address: Johnson & Krol, LLC, 300 South Wacker Drive, Suite 1313, Chicago, IL 60606.

2. Judgment is entered in favor of the Plaintiffs and against First Financial pursuant 735 Ill. Comp. Stat. 5/2-1402(f)(2) in the full value of the

property transferred.

3. Plaintiffs shall motion for Final Judgment once the full "value of the property transferred" is determined.

ORDERED BY:

_____
HONORABLE JUDGE NORGLE

Dated: _____